# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2008

136393

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

COLLEEN WALLACE, Individually and as
Personal Representative of the Estate of
Michael Wallace,
        Plaintiff-Appellee,

v

SC: 136393
COA: 282897
Sanilac CC: 06-000076-MZ

MICHIGAN DEPARTMENT OF STATE
POLICE,
        Defendant-Appellant.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2008

_____
Clerk

t0806